**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00654-CMA-CBS

GREGORY PRICE, and
LANDON NORTON,

    Plaintiffs,

v.

BANKRATE, INC.,

    Defendant.

___

## ORDER OF RECUSAL

___

This matter is before me on a review of the file. Based on my past professional relationship with Defendant's counsel, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: April __17__, 2013

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge